**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | **:** | Chapter 13 |
| Jerome R. Armstrong | **:** | |
| | **:** | Bankruptcy Case No.: 20-14237-MDC |
| Debtor(s) | **:** | |

**PRAECIPE TO WITHDRAW**

Kindly withdraw the <u>Chapter 13 Plan</u> filed on October 26, 2020 at Docket #2.


DATED: 10/27/2020                    BY:   */s/ Brad J. Sadek*
                                          Brad J. Sadek, Esq.
                                          Sadek and Cooper Law Offices
                                          1315 Walnut Street, Suite 502
                                          Philadelphia, PA 19107
                                          215-545-0008
                                          Attorney for Debtors