**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

JEROME R ARMSTRONG                               Chapter 13

          Debtor                    Bankruptcy No. 20-14237-MDC

**OBJECTION OF CHAPTER 13 TRUSTEE**
**TO CONFIRMATION OF PLAN OF DEBTOR(S)**

    **AND NOW** comes, WILLIAM C. MILLER, ESQUIRE, chapter 13 standing trustee, to object to confirmation of the chapter 13 plan of debtor(s), because it fails to comply with 11 U.S.C. Sections 1322 and/or 1325 of the Bankruptcy Code, and/or debtor(s) has/have failed to provide information, evidence, or corrections to the petition, schedules, statements or other documents filed by debtor(s) to enable the standing trustee to evaluate the Plan for confirmation, as follows:

The Plan violates 11 U.S.C. Section 1325(a)(4) in that the value of the property to be distributed under the plan on account of each allowed unsecured claim is less than the amount that would be paid in a Chapter 7 liquidation.

The Plan is unclear and/or incorrect as to how the secured and priority claims are to be treated and/or paid by the standing trustee.

    **WHEREFORE**, the standing trustee requests that the Court enter an order in the form annexed hereto denying confirmation of the Plan.

                                                        Respectfully submitted,

                                                        /s/ William C. Miller
                                                       William C. Miller, Esquire
                                                     Chapter 13 Standing Trustee