**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | Jerome R Armstrong |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | Eastern District of Pennsylvania |
| Case number | 2014237 |

## Official Form 410S1
# Notice of Mortgage Payment Change       12/15

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due.** See Bankruptcy Rule 3002.1.

**Name of creditor:** Wells Fargo Bank, N.A.

**Court claim no.** (if known): 4-1

**Date of payment change:**
Must be at least 21 days after date of this notice: 01/01/2025

**New total payment:**
Principal, interest, and escrow, if any   $ 2263.91

**Last 4 digits** of any number you use to identify the debtor's account: 2 8 4 6

### Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ☐ No
   ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why:

   Current escrow payment: $ 672.93         New escrow payment: $ 786.12

### Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ☒ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why:

   Current interest rate: _____%         New interest rate: _____%

   Current principal and interest payment: $ _____    New principal and interest payment: $ _____

### Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☒ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
   (*Court approval may be required before the payment change can take effect.*)
   Reason for change:

   Current mortgage payment: $ _____         New mortgage payment: $ _____

Official Form 410S1            **Notice of Mortgage Payment Change**            page 1

Debtor  Jerome R Armstrong
        First Name  Middle Name  Last Name

Case Number (if known) 20-14237

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☑ I am the creditor.

☐ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗  /s/Mavis B Evans
   Signature

Date  11/19/2024

Print: Evans, Mavis B
      First Name    Middle Name    Last Name

Title: VP of Loan Documentation

Company: Wells Fargo Bank, N.A.

Address: MAC N9286-01Y
         Number    Street
         P.O. Box 1629
         Address 2
         Minneapolis    MN    55440-9790
         City    State    ZIP Code

Contact phone  800-274-7025

Email  NoticeofPaymentChangeInquiries@wellsfargo.com

# UNITED STATES BANKRUPTCY COURT

Eastern District of Pennsylvania

Chapter 13 No. 2014237
Judge: Ashely M. Chan

In re:

Jerome R Armstrong

Debtor(s).

## CERTIFICATE OF SERVICE

I hereby certify that this Notice, including all attachments, is being served on or before November 20, 2024 via filing with the US Bankruptcy Court's CM ECF system or by mailing or providing a copy of this document to a vendor for mailing: By U.S. Postal Service First Class Main Postage Prepaid or FedEx.

Debtor:      By U.S. Postal Service First Class Mail Postage Prepaid or FedEx

Jerome R Armstrong
348 Britt Road

North Wales PA 19454

By U.S. Postal Service First Class Mail Postage Prepaid or FedEx

N/A

Debtor's Attorney:      By Court's CM/ECF system registered email address

BRAD J. SADEK
Sadek Law Offices, LLC
1500 JFK Boulevard Ste 220

Philadelphia PA 19102

By Court's CM/ECF system registered email address

N/A

Trustee:      By Court's CM/ECF system registered email address

KENNETH E. WEST
Office of the Chapter 13 Standing Trustee
1234 Market Street - Suite 1813

Philadelphia PA 19107

/s/Mavis B Evans
_____

VP of Loan Documentation

Wells Fargo Bank, N.A.



**Return Mail Operations**
PO Box 14547
Des Moines, IA 50306-4547

**Escrow Review Statement**
*For informational purposes only*

**Statement Date:** November 7, 2024
**Loan number:**
**Property address:**
    348 BRITT ROAD
    NORTH WALES PA 19454

## Customer Service

**Online**
wellsfargo.com

**Telephone**
1-800-340-0473

**Correspondence**
PO Box 10335
Des Moines, IA 50306

**Hours of operation**
Mon - Fri 7 a.m. - 7 p.m. CT

**To learn more, go to:**
wellsfargo.com/escrow

We accept telecommunications relay service calls

JEROME R ARMSTRONG
JOHN T PAUGH JR
348 BRITT RD
NORTH WALES PA 19454-2418

*If you are in an active bankruptcy case or have received a discharge under the United States Bankruptcy Code, this statement is being sent to you for informational purposes only. The informational summaries below are based on the terms of the loan.*

These amounts are governed by the terms of the loan unless otherwise reduced by an order of the bankruptcy court. Because the amounts billed for the escrow items can change over time, we review the escrow account at least once per year to ensure there will be enough money to make these payments. Once the review is complete, we send the escrow review statement, also known as the escrow account disclosure statement.

Here's what we found:

- **Required Minimum Balance:** The escrow account balance is projected to fall below the required minimum balance. This means there is a **shortage**.

- **Payments:** As of the **January 1, 2025** payment, the escrow portion of the payment **increases**.

> The escrow account has a shortage of
> **$1,178.93**

## Part 1 - Mortgage payment

**New Payment**  The new total payment will be $2,263.91

|  | Previous payment through 12/01/2024 payment date | New payment beginning with the 01/01/2025 payment |
|---|---|---|
| **Principal and/or interest** | $1,477.79 | $1,477.79 |
| **Escrow payment** | $672.93 | $786.12 |
| **Total payment amount** | $2,150.72 | $2,263.91 |

### No action required

Starting **January 1, 2025** the new payment amount will be **$2,263.91**

See the following pages for more detail.

## Part 2 - Payment calculations

For the past review period, the amount of the escrow items was $8,254.64. For the coming year, we expect the amount paid from escrow to be $8,254.64.

### How was the escrow payment calculated?

To determine the escrow payment, we add the projected escrow items to be paid over the next 12 months. We base these projected amounts on any escrow items that may have been paid in the past and any future anticipated payments to be made. We then divide the amounts by 12 payments to determine the escrow amount.

The chart below includes any actual escrow disbursements as well as any shortage that may have been identified for the past three analysis periods up through the date of the analysis.

### Escrow comparison

|  | 07/22 - 06/23 (Actual) | 01/23 - 12/23 (Actual) | 01/24 - 11/24 (Actual) | 01/25 - 12/25 (Projected) |  | # of months |  | New monthly escrow amount |
|---|---|---|---|---|---|---|---|---|
| **Property taxes** | $5,677.39 | $5,875.69 | $6,147.64 | $6,147.64 | ÷ | 12 | = | $512.30 |
| **Property insurance** | $1,593.00 | $1,593.00 | $2,107.00 | $2,107.00 | ÷ | 12 | = | $175.58 |
| **Total taxes and insurance** | $7,270.39 | $7,468.69 | $8,254.64 | $8,254.64 | ÷ | 12 | = | $687.88 |
| **Escrow shortage** | $357.36 | $342.46 | $606.43 | $1,178.93 | ÷ | 12 | = | $98.24 |
| **Total escrow** | $7,627.75 | $7,811.15 | $8,861.07 | $9,433.57 | ÷ | 12 | = | $786.12 |

### Projected escrow account activity over the next 12 months

To determine if there will be a shortage or overage in the account, we calculate whether the amount of the lowest projected escrow balance will be greater or less than the required minimum balance. This is determined by subtracting the required minimum balance from the lowest projected balance. If the outcome is positive, there is an overage. If it is negative, there is a shortage. The calculation is below:

| Lowest projected escrow balance August 2025 |   | $196.84 | (Calculated in Part 4 - Escrow account projections table) |
|---|---|---|---|
| Minimum balance for the escrow account† | - | $1,375.77 |  |
| **Escrow shortage** | = | -$1,178.93 |  |

†The minimum balance includes a cash reserve to help cover any increase in taxes and/or insurance as allowed by state laws and/or the mortgage contract. This account is set to a 2 month cash reserve amount. To calculate the cash reserve for the escrow account, we add the yearly escrow payments, and divide by 6.

# Part 3 - Escrow account history

## Escrow account activity from November 2023 to December 2024

| Date | Deposits to escrow Actual | Projected | Difference | Payments from escrow Actual | Projected | Difference | Description | Escrow balance Actual | Projected | Difference |
|---|---|---|---|---|---|---|---|---|---|---|
| Nov 2023 | | | | | | | Starting Balance | $1,893.44 | | |
| Dec 2023 | $617.24 | | | $0.00 | | | | $2,510.68 | | |
| Jan 2024 | $617.24 | $622.39 | -$5.15 | $0.00 | $0.00 | $0.00 | | $3,127.92 | $4,356.74 | -$1,228.82 |
| Feb 2024 | $672.93 | $622.39 | $50.54 | $2,107.00 | $0.00 | $2,107.00 | ERIE | $1,693.85 | $4,979.13 | -$3,285.28 |
| Mar 2024 | $672.93 | $622.39 | $50.54 | $1,175.89 | $1,081.89 | $94.00 | UPPER GWYNEDD TOWNSHIP | $1,190.89 | $4,519.63 | -$3,328.74 |
| Mar 2024 | $0.00 | $0.00 | $0.00 | $0.00 | $1,593.00 | -$1,593.00 | ERIE | $1,190.89 | $2,926.63 | -$1,735.74 |
| Apr 2024 | $1,345.86 | $622.39 | $723.47 | $0.00 | $0.00 | $0.00 | | $2,536.75 | $3,549.02 | -$1,012.27 |
| May 2024 | $0.00 | $622.39 | -$622.39 | $0.00 | $0.00 | $0.00 | | $2,536.75 | $4,171.41 | -$1,634.66 |
| Jun 2024 | $672.93 | $622.39 | $50.54 | $0.00 | $0.00 | $0.00 | | $3,209.68 | $4,793.80 | -$1,584.12 |
| Jul 2024 | $672.93 | $622.39 | $50.54 | $0.00 | $0.00 | $0.00 | | $3,882.61 | $5,416.19 | -$1,533.58 |
| Aug 2024 | $672.93 | $622.39 | $50.54 | $4,971.75 | $4,793.80 | $177.95 | N. PENN S.D/UPPER GWYNED | -$416.21 | $1,244.78 | -$1,660.99 |
| Sep 2024 | $672.93 | $622.39 | $50.54 | $0.00 | $0.00 | $0.00 | | $256.72 | $1,867.17 | -$1,610.45 |
| Oct 2024 | $672.93 | $622.39 | $50.54 | $0.00 | $0.00 | $0.00 | | $929.65 | $2,489.56 | -$1,559.91 |
| Nov 2024 (estimate) | $1,345.86 | $622.39 | $723.47 | $0.00 | $0.00 | $0.00 | | $2,275.51 | $3,111.95 | -$836.44 |
| Dec 2024 (estimate) | $672.93 | $622.39 | $50.54 | $0.00 | $0.00 | $0.00 | | $2,948.44 | $3,734.34 | -$785.90 |
| Totals | $9,309.64 | $7,468.68 | $1,223.72 | $8,254.64 | $7,468.69 | $785.95 | | | | |

If the activity contains (estimate), then "deposits to" or "payments from" escrow or both are estimated amounts that have not actually occurred.

# Part 4 - Escrow account projections

## Escrow account projections from January 2025 to December 2025

| Date | Payments to escrow | What we expect to pay out | Description | Projected escrow balance | Balance required in the account |
|---|---|---|---|---|---|
| Dec 2024 | | | Starting balance | $2,948.44 | $4,127.37 |
| Jan 2025 | $687.88 | $0.00 | | $3,636.32 | $4,815.25 |
| Feb 2025 | $687.88 | $0.00 | | $4,324.20 | $5,503.13 |
| Mar 2025 | $687.88 | $1,175.89 | UPPER GWYNEDD TOWNSHIP | $3,836.19 | $5,015.12 |
| Mar 2025 | $0.00 | $2,107.00 | ERIE | $1,729.19 | $2,908.12 |
| Apr 2025 | $687.88 | $0.00 | | $2,417.07 | $3,596.00 |
| May 2025 | $687.88 | $0.00 | | $3,104.95 | $4,283.88 |
| Jun 2025 | $687.88 | $0.00 | | $3,792.83 | $4,971.76 |
| Jul 2025 | $687.88 | $0.00 | | $4,480.71 | $5,659.64 |
| Aug 2025 | $687.88 | $4,971.75 | N. PENN S.D/UPPER GWYNED | $196.84 | $1,375.77 |
| Sep 2025 | $687.88 | $0.00 | | $884.72 | $2,063.65 |
| Oct 2025 | $687.88 | $0.00 | | $1,572.60 | $2,751.53 |
| Nov 2025 | $687.88 | $0.00 | | $2,260.48 | $3,439.41 |
| Dec 2025 | $687.88 | $0.00 | | $2,948.36 | $4,127.29 |
| Totals | $8,254.56 | $8,254.64 | | | |

Wells Fargo Home Mortgage is a division of Wells Fargo Bank, N.A. © 2022 Wells Fargo Bank, N. A. All rights reserved.
NMLSR ID 399801    Member FDIC